UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LIVI MARIBEL REVOLORIO RODRIGUEZ

                                          **COMPLAINT**

                Plaintiff(s),

-against-

BHAVI HOTEL L.L.C. d/b/a QUALITY INN, SPRING
VALLEY NANUET and BHAVI SPRING VALLEY L.L.C.
d/b/a QUALITY INN, SPRING VALLEY NANUET,

                Defendant.
------------------------------------------------------------------X

        Plaintiff, LIVI MARIBEL REVOLORIO RODRIGUEZ by her attorneys, ALONSO KRANGLE LLP, complaining of the defendants, respectfully alleges, upon information and belief, as follows:

## JURISDICTION AND VENUE

        1.     The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332(a).

        2.     The amount in controversy in this action exceeds the sum or value of $75,000.00, exclusive of interest and costs.

        3.     Venue with respect to this action lies within the Southern District of New York pursuant to 28 U.S.C. § 1391 (b)(1) and (2).

## PARTIES

        4.     Plaintiff, LIVI MARIBEL REVOLORIO RODRIGUEZ was and still is a resident of the of the State of California.

        5.     Upon information and belief, defendant BHAVI HOTEL L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET is a domestic limited liability company authorized to do business in the State of New York, with a principal place of business at 100 Spring Valley Market Place, Spring Valley, New York.

6. Upon information and belief, defendant BHAVI SPRING VALLEY L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET is a domestic limited liability company authorized to do business in the State of New York, with a principal place of business at 100 Spring Valley Market Place, Spring Valley, New York.

## AS AND FOR A FIRST CAUSE OF ACTION

7. That at all times hereinafter mentioned, defendant, BHAVI HOTEL L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET owned the premises known as 100 Spring Valley Market Place, Spring Valley, New York.

8. That at all times hereinafter mentioned, defendant BHAVI HOTEL L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET operated the premises known as 100 Spring Valley Market Place, Spring Valley, New York

9. That at all times hereinafter mentioned, defendant BHAVI HOTEL L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET managed the premises known as 100 Spring Valley Market Place, Spring Valley, New York

10. That at all times hereinafter mentioned, defendant BHAVI HOTEL L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET maintained the premises known as 100 Spring Valley Market Place, Spring Valley, New York.

11. That at all times hereinafter mentioned, defendant BHAVI HOTEL L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET controlled the premises known as 100 Spring Valley Market Place, Spring Valley, New York

12. That at all times hereinafter mentioned, defendant, BHAVI SPRING VALLEY L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET owned the premises known as 100 Spring Valley Market Place, Spring Valley, New York.

13. That at all times hereinafter mentioned, defendant BHAVI SPRING VALLEY L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET operated the premises known as 100 Spring Valley Market Place, Spring Valley, New York

14. That at all times hereinafter mentioned, defendant BHAVI SPRING VALLEY L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET managed the premises known as 100 Spring Valley Market Place, Spring Valley, New York

15. That at all times hereinafter mentioned, defendant BHAVI SPRING VALLEY L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET maintained the premises known as 100 Spring Valley Market Place, Spring Valley, New York.

16. That at all times hereinafter mentioned, defendant BHAVI SPRING VALLEY L.L.C. d/b/a QUALITY INN, SPRING VALLEY NANUET controlled the premises known as 100 Spring Valley Market Place, Spring Valley, New York

17. That on July 9, 2019 defendants operated the aforesaid premises known as 100 Spring Valley Market Place, Spring Valley, New York as a hotel known as the Quality Inn, Spring Valley Nanuet

18. That on July 9, 2019 plaintiff LIVI MARIBEL REVOLORIO RODRIGUEZ was a guest at the hotel operated by defendants known as the Quality Inn, Spring Valley Nanuet

19. That on July 9, 2019 plaintiff LIVI MARIBEL REVOLORIO RODRIGUEZ was caused to fall and suffer severe injuries at the aforesaid hotel operated by defendants.

20. That the foregoing was a result of the negligence of the defendants in the ownership, construction operation, management, maintenance, repair, inspection and control of the aforesaid hotel; in causing and creating a dangerous condition at the side entrance of said premises leading from the pool area in constructing a ramp at the entrance with an excessive side slope, in painting and surfacing the aforesaid ramp with an excessively slippery surface; in creating an optical illusion on the aforesaid ramp that failed to properly delineate the slope and contour of the ramp, in failing to provide adequate and proper railings, in failing to cover the ramp with a non-slip surface to accommodate wet patrons entering the hotel from the pool area,

in failing to post signs or other warnings, warning of the dangerous condition of the ramp, especially when wet; in allowing the dangerous condition to exist for an excessively long period of time, despite having actual knowledge of the dangerous condition.

21. As a consequence of the wrongful actions of defendants, plaintiff has been damaged in a sum in excess of the jurisdictional requirements of this Court, including, but not limited to, physical and mental pain and suffering, medical and related expenses, loss of earnings and other economic loss.

## PRAYER FOR RELIEF AND DEMAND FOR JURY

WHEREFORE, plaintiff, LIVI MARIBEL REVOLORIO RODRIGUEZ demands that judgment be entered against the defendants awarding plaintiff damages in an amount to be determined by a jury, exclusive of interest and costs;

Plaintiff demands a trial by jury of all claims asserted herein.

Dated:  Melville, New York
        December 10, 2019

Yours, etc.

_____
Andres F. Alonso (AFA 8307)
David B. Krangle (DBK 8085)
Alonso Krangle LLP
445 Broad Hollow Road; Suite 205
Melville, NY 11747
Phone: (516) 350-5555
Facsimile: (516) 350-5554
Email: DKrangle@alonsokrangle.com
Email: AAlonso@alonsokrangle.com