UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



--------------------------------------------------------------x
LIVI MARIBEL REVOLORIO
RODRIGUEZ,
        Plaintiff,

v.

BHAVI SPRING VALLEY L.L.C. d/b/a
Quality Inn, Spring Valley Nanuet, and
BHAVI HOTEL L.L.C. d/b/a Quality Inn,
Spring Valley Nanuet,
        Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 11287 (VB)

By joint letter dated March 12, 2020, the parties request that plaintiff be permitted to withdraw without prejudice the Order to Show Cause seeking a default judgment, returnable on March 20, 2020. (Doc. #22). One of the defendants, Bhavi Spring Valley, L.L.C. d/b/a Quality Inn, Spring Valley Nanuet, has answered the complaint (see Doc. #21). According to the parties, plaintiff is considering whether to discontinue this action as to the other defendant, Bhavi Hotel L.L.C. d/b/a Quality Inn, Spring Valley Nanuet. (Doc. #22).

Accordingly, it is HEREBY ORDERED:

    1.    Plaintiff's order to show cause seeking a default judgment is withdrawn without prejudice.

    2.    Pursuant to Fed. R. Civ. P. 55(c), the Court sets aside the Clerk's entry of default as to defendant Bhavi Spring Valley L.L.C. d/b/a Quality Inn, Spring Valley Nanuet. (Doc. #13). Defendant Bhavi Hotel L.L.C. d/b/a Quality Inn, Spring Valley Nanuet, remains in default.

    3.    The March 20, 2020, Order to Show Cause hearing will not proceed; however, the Court will hold an initial conference in its stead. <u>Thus, the parties shall appear for an initial conference on March 20, 2020, at 9:30 a.m.</u> A Notice of Initial Conference, with additional information, will be docketed separately.

Dated: March 13, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge