UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIVI MARIBEL REVOLORIO
RODRIGUEZ,
         Plaintiff,

v.

BHAVI SPRING VALLEY L.L.C. d/b/a
Quality Inn, Spring Valley Nanuet, and
BHAVI HOTEL L.L.C. d/b/a Quality Inn,
Spring Valley Nanuet,
         Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 11287 (VB)

The Court has reviewed the parties' proposed Civil Case Discovery Plan and Scheduling Order. (Doc. #27). The Court will sign and separately docket that Order.

The Court will hold a case management conference on August 5, 2020, at 2:30 p.m.

The telephonic initial conference scheduled for March 20, 2020, at 9:30 a.m., is cancelled. To be clear, the Court will not hold the initial conference as scheduled.

Dated: March 19, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge