UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LIVI MARIBEL REVOLORIO
RODRIGUEZ,
                Plaintiff,

v.                                                                                    **ORDER**

BHAVI SPRING VALLEY L.L.C. d/b/a                       19 CV 11287 (VB)
Quality Inn, Spring Valley Nanuet; and
BHAVI HOTEL L.L.C., d/b/a Quality Inn,
Spring Valley Nanuet,
                Defendants.
--------------------------------------------------------------x

     On June 26, 2020, the parties filed a joint Proposed Amended Civil Case Discovery Plan and Scheduling Order, which indicated the parties' consent to conducting all further proceedings before a magistrate judge pursuant to 28 U.S.C. § 636(c). (Doc. #37-1 ¶ 1).

     That day, the Court So-Ordered the proposed Amended Civil Case Discovery Plan and Scheduling Order (Doc. #39), and also instructed the parties to file, by July 2, 2020, an executed "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form, if they so consent. (Doc. #39).

     The parties have not done so.

     Accordingly, it is HEREBY ORDERED:

     By July 15, 2020, the parties shall either: (i) execute and file the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form attached to this Order (and also available on the Court's website at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf); or (ii) advise the Court in writing that they do not consent to conducting further proceedings before a magistrate judge, without disclosing the identity of the party or parties that do not consent.[1]

Dated: July 9, 2020
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge

---

[1] The parties are reminded that their joint letter regarding the status of settlement is also due July 15, 2020. (See Doc. #32).