UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LIVI MARIBEL REVOLORIO RODRIGUEZ,

                              Plaintiff,                        **TRIAL ORDER**

      -against-                                            19 Civ. 11287 (JCM)

BHAVI SPRING VALLEY, L.L.C.,

                              Defendant.
-------------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Jury Selection will be held on September 22, 2021. Trial shall proceed immediately following the completion of jury selection.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by August 6, 2021. Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

3. Proposed *voir dire* must be filed by August 6, 2021.

4. Proposed jury instructions and a proposed verdict form must be filed by August 6, 2021. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

5. Any motions *in limine* shall be filed by August 6, 2021.

6. Responses to motions *in limine* must be filed by August 18, 2021.

7. Final Pre-Trial Conference will be held on September 9, 2021 at 11:30 a.m. in Courtroom 421.

    The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers. Counsel shall also provide the Court with courtesy copies of all exhibits in both electronic and hard-copy formats, as well as any deposition transcripts to be used at trial, at least five days prior to the Final Pre-Trial Conference.

Dated: July 27, 2021
        White Plains, New York

                                                            **SO ORDERED:**

                                                            _____
                                                            JUDITH C. McCARTHY
                                                           United States Magistrate Judge